[No. 30440-0-III.   Division Three.   March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LEONARDO APARICIO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 11-1-00031-5, Anthony J. Di Tommaso Jr., J. Pro Tem., entered November 21, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 30547-3-III.   Division Three.   March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED GALINDO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-00613-1, Linda G. Tompkins, J., entered December 12, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30675-5-III.   Division Three.   March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA MICHAEL DOHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-02948-7, Salvatore F. Cozza, J., entered February 22, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.